UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY JASNOSKI,                :
                                 :
        Plaintiff                :
                                 :
    v.                           : CIVIL NO. 3:CV-08-1556
                                 :
SAM HYDER, et al.,               : (Judge Kosik)
                                 :
        Defendants               :

**O R D E R**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Timothy Jasnoski filed this civil rights action on August 20, 2008, pursuant to 42 U.S.C. § 1983.  At the time, he was confined at the Luzerne County Correctional Facility in Wilkes Barre, Pennsylvania.  Jasnoski did not submit either the required filing fee or an application to proceed in forma pauperis and Authorization form.  Accordingly, an Administrative Order was issued by the Clerk of Court on August 20, 2008, directing Jasnoski to either tender the required filing fee or a properly completed application to proceed in forma pauperis and an Authorization form within thirty (30) days.  He was warned that the failure to do so would result in the case being dismissed without prejudice.  (Doc. 3.) On September 2, 2008, the

Administrative Order was returned to the Court as undeliverable with a notation stating that Jasnoski was no longer at the Luzerne County Correctional Facility, that he had been "discharged" and that the mail could not be forwarded in that he did not leave a current forwarding address. (Doc. 4.)  The Administrative Order was mailed to Jasnoski at his last known address - the Luzerne County Correctional Facility.  He is no longer there and has left no forwarding address.  As such, this action is unable to proceed, and the complaint will be dismissed without prejudice.  If Jasnoski notifies the court of his new address within ten (10) days of the date of this Order, the case will be reopened.

**ACCORDINGLY, THIS 4th DAY OF SEPTEMBER, 2008, IT IS HEREBY ORDERED THAT:**

1. Petitioner's action is dismissed, without prejudice.

2. The Clerk of Court is directed to close this case.

*s/EDWIN M. KOSIK*
United States District Judge